IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEBORAH FABER,<br><br>　　　　Defendant. | 08-CR-4060-LRR<br><br>**ORDER** |

## *I. INTRODUCTION AND BACKGROUND*

On November 20, 2008, a one-count Third Superseding Indictment was returned against Defendant, Deborah Faber. On January 30, 2009, Defendant appeared before United States Chief Magistrate Judge Paul Zoss and entered a plea of guilty to Count 1 of the Third Superseding Indictment. On January 30, 2009, Judge Zoss filed a Report and Recommendation (docket no. 516) in which he recommended that Defendant's guilty plea be accepted. On January 30, 2009, Defendant filed a Waiver of Objections to the Report and Recommendation (docket no. 517). The court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept Defendant's plea in this case.

## *II. ANALYSIS*

Pursuant to the statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and

prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b).

In this case, no objections have been filed, and it appears to the court upon review of Judge Zoss's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **ACCEPTS** Judge Zoss's Report and Recommendation of January 30, 2009, and accepts Defendant's plea of guilty in this case to Count 1 of the Third Superseding Indictment.

**DATED** this 30th day of January, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA